IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK "DOE" | : | CIVIL ACTION |
| | : | NO. 17-2204 |
| v. | : | |
| | : | |
| WM OPERATING, LLC d/b/a/ | : | |
| MEADOWVIEW REHABILITATION AND | : | |
| NURSING CENTER, et al. | : | |

## **ORDER**

AND NOW, this 7th day of August, 2017, upon consideration of the motions to dismiss by defendants John Chapman and WM Operating, LLC d/b/a Meadowview Rehabilitation and Nursing Center, Dkt. No. 20, defendant Premier Healthcare Management, LLC, Dkt. No. 25, and defendant Rest Haven Care Corp., Dkt. No. 29, and the responses by plaintiff Frank "Doe," Dkt. Nos. 24, 33 & 34, it is ORDERED that the motions are GRANTED IN PART and DENIED IN PART, as follows:

(1) Plaintiff's claims under the New York State Human Rights Law (Counts X and XI) are DISMISSED WITH PREJUDICE.

(2) In all other respects, the motions are DENIED.

                                                                                          *s/Thomas N. O'Neill, Jr.*
                                                                          THOMAS N. O'NEILL, JR., J.