IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK "DOE" | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| WM OPERATING, LLC<br>dba Meadowview Rehabilitation and<br>Nursing Center, et al. | : | NO. 17-2204 |

## ORDER

**AND NOW, TO WIT:** 31st day of October, 2017, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

Kate Barkman, Clerk of Court

BY: *(signature)*
Marie O'Donnell
Civil Deputy/Secretary

Civ 2 (8/2000)
41(b).frm

COPIES VIA ECF ON    TO:    COPIES VIA U.S. MAIL ON    TO:

\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*
TIME RECEIVED           REMOTE CSID        DURATION   PAGES   STATUS
October 30, 2017 3:47:51 PM EDT   6109103200        43        1       Received

10/30/17 12:47PM PDT Justin F. Robinette, Esq. -> The Honorable Anita Brody   2155802356 Pg 1/1

# JUSTIN F. ROBINETTE, Esquire
THE DISCRIMINATION LAWYER

October 30, 2017

**VIA FACSIMILE**
The Honorable Anita B. Brody
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Room 7613
Philadelphia, Pennsylvania 19106
Facsimile: (215) 580-2356

RE:   Frank "Doe" v. WM Operating LLC d/b/a Meadowview Rehabilitation and Nursing Center, et al., Case No. 17-2204 (E.D. Pa. 2017)

Dear Judge Brody:

I am writing to inform the Court that the above-captioned matter is resolved. I am respectfully requesting that the Court dismiss the action pursuant to Local Rule of Civil Procedure 41.1(b).

Thank you for your kind attention to this matter. Please do not hesitate to contact me with any questions or concerns.

Very truly yours,

JUSTIN F. ROBINETTE, ESQUIRE
*Attorney for Plaintiff, Frank "Doe"*

cc:   Enrico C. Tufano, Esquire/Louis J. Isaacsohn, Esquire
      Devin Chwastyk, Esquire/Thomas Markey, Esquire
      Marjorie Kaye, Esquire/John Nolan, Esquire

      *(via e-mail only)*

325 Chestnut Street, Constitution Place, Suite 800 Philadelphia, PA 19106 | Phone: 610-212-6649 | Fax: 610-910-3200 | thediscriminationlawyer.com